UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BASANT SIDHU, SANJESH SINGH,

        Plaintiffs,

   v.

SHERIFF'S DEPUTY S. GARCIA,
SHERIFF'S DEPUTY AUTRY,
SHERIFF'S DEPUTY COLLINS,
STACEY SINGH, aka STACEY KAUR,
SUNDAR BAINS,

        Defendants.
                                       /

NO. CIV. S-09-1090 LKK/DAD

O R D E R

On August 13, 2010, the court granted summary judgment in favor of defendants Seth Garcia, Denton Autry, and Craig Collins. The court also ordered plaintiffs to show cause as to why judgment should not also be entered as to defendants Sundhar Bains and Stacey Kaur because the only claims against these defendants are that they aided and abetted the actions of Garcia, Autry, and Collins. On September 2, 2010, plaintiffs filed a response to the order to show cause in which they concede that judgment should be

1

entered as to defendants Bains and Kaur in light of this court's August 13, 2010 order. In so doing, they do not waive any rights of appeal.

For the foregoing reasons, the court instructs the Clerk of Court to enter judgment in favor of defendants Sundhar Bains and Stacey Kaur. The Clerk of Court is further instructed to close this case.

IT IS SO ORDERED.

DATED: September 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT